United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Rufino R. Watson, Jr.  
    Debtor

Case No. 22-11266-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Aug 28, 2023      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14702966 | + Email/Text: BKelectronicnotices@cenlar.com | Aug 28 2023 23:36:00 | AmeriHome Mortgage Company, LLC, C/O Cenlar FSB, Attention: BK Department,, 425 Phillips Blvd, Ewing, NJ 08618-1430 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2023 at the address(es) listed below:

**Name**      **Email Address**

ANDREW M. LUBIN  
     on behalf of Creditor AmeriHome Mortgage Company  LLC nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com

DAVID B. SPITOFSKY  
     on behalf of Debtor Rufino R. Watson  Jr. spitofskybk@verizon.net, spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com

DENISE ELIZABETH CARLON  
     on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

KENNETH E. WEST  
     ecfemails@ph13trustee.com  philaecf@gmail.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 28, 2023 | Form ID: trc | Total Noticed: 1 |

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MARISA MYERS COHEN
    on behalf of Creditor AmeriHome Mortgage Company LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

MARK A. CRONIN
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 22-11266-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Rufino R. Watson, Jr.
6801 Lynford Street
Philadelphia PA 19149

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/28/2023.

Name and Address of Alleged Transferor(s):

Claim No. 4: AmeriHome Mortgage Company, LLC, C/O Cenlar FSB, Attention: BK Department,, 425 Phillips Blvd, Ewing, NJ 08618

Name and Address of Transferee:

M&T BANK
PO BOX 619063
Dallas, TX 75261

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/30/23

Tim McGrath
**CLERK OF THE COURT**