# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | : | CHAPTER 13 | Hearing Date: 10/31/23 |
| | : | | Time: 10:30 a.m. |
| | : | | Place: Courtroom #2 |
| RUFINO R. WATSON, JR. | : | | U.S. Bankruptcy Ct. |
| | : | | 900 Market Street |
| DEBTOR | : | NO. 22-11266 (MDC) | Phila., PA 19107 |

## CERTIFICATE OF SERVICE

    I, David B. Spitofsky, Esquire, hereby certify that on October 5, 2023, I caused a true and correct copy of the attached Motion for Reinstatement of the Automatic Stay Pursuant to §362 of the Bankruptcy Code and Notice of Motion, Response Deadline and Hearing Date to be served via First Class Mail, postage pre-paid, or electronically, upon the parties listed below:

Frederic J. Baker, Esquire
Assistant United States Trustee
Office of the United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA 19107

Mark A. Cronin, Esquire
KML Law Group, P.C.
Suite 5000
701 Market Street
Philadelphia, PA 19106

Denise Elizabeth Carlon, Esquire
KML Law Group, P.C.
Suite 5000
701 Market Street
Philadelphia, PA 19106

Water Revenue Bureau
Attn.: Pamela Elchert Thurmond, Esquire
Tax & Revenue Unit
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102

M & T Bank
P.O. Box 619063
Dallas, TX 75261

William E. Craig, Esquire
Morton & Craig
110 Marter Avenue
Suite 301
Moorestown, NJ 08057

Santander Consumer USA Inc.
P.O. Box 961245
Fort Worth, TX 76161

/s/ David B. Spitofsky
David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401
Phone No.: (610) 272-4555
Fax No.: (610) 272-2961
Email: spitofskylaw@verizon.net