*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Rufino R. Watson, Jr.
    Debtor(s)

Case No: 22–11266–mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Debtor Rufino R. Watson Jr.'s Objection to Certification of Default filed by Creditor M&T BANK

    on: 4/16/24

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  3/22/24

Timothy B. McGrath
Clerk of Court