# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| RUFINO R. WATSON, JR. | : | |
| | : | |
| DEBTOR | : | NO. 22-11266 (DJB) |

## OBJECTION BY DEBTOR TO CERTIFICATION OF DEFAULT
## BY M&T BANK

Debtor, by and through counsel, objects to the Certification of Default filed by M&T Bank for failure to comply with the terms of the stipulation.

/s/ David B. Spitofsky
David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401
Phone No.: (610) 272-4555
Fax No.: (610) 272-2961
Email: spitofskylaw@verizon.net