L.B.F. 9014-4

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>Rufino R. Watson, Jr. | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 22-11266 |

\* \* \* \* \* \* \*

## CERTIFICATION OF SERVICE

I, **David B. Spitofsky, Esquire**, certify that on **June 2, 2025**, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Objection to Certificate of Default by M&T Bank

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: **June 2, 2025**

/s/ **David B. Spitofsky, Esquire**
**David B. Spitofsky, Esquire 55151**
**Law Office of David B. Spitofsky**
**516 Swede Street**
**Norristown, PA 19401**
**610-272-4555**

**spitofskylaw@verizon.net**

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

**Kenneth E. West, Esquire**
**Chapter 13 Standing Trustee**
**190 N. Independence Mall West**
**Suite 701**
**Philadelphia, PA 19106**
Via: ☑ CM/ECF ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

**United States Trustee**
**Robert N.C. Nix Federal Building**
**900 Market Street**
**Suite 320**
**Philadelphia, PA 19107**
Via: ☑ CM/ECF ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

**Andrew M. Lubin, Esquire**
**McCabe, Weisberg & Conway, LLC**
**216 Haddon Avenue**
**Suite 201**
**Westmont, NJ 08108**
Relationship of Party
Via: ☑ CM/ECF ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

**Denise Elizabeth Carlon, Esquire**
**KML Law Group, P.C.**
**701 Market Street**
**Suite 5000**
**Philadelphia, PA 19106**
Relationship of Party
Via:   ☑ CM/ECF      ☐ 1st Class Mail      ☐ Certified Mail      ☐ e-mail:
       ☐ Other:

**J. Eric Kishbaugh, Esquire**
**KML Law Group, P.C.**
**701 Market Street**
**Suite 5000**
**Philadelphia, PA 19106**
Relationship of Party
Via:   ☑ CM/ECF      ☐ 1st Class Mail      ☐ Certified Mail      ☐ e-mail:
       ☐ Other:

**Marisa Myers Cohen, Esquire**
**McCabe, Weisberg & Conway, LLC**
**1420 Walnut Street**
**Suite 1501**
**Philadelphia, PA 19102**
Relationship of Party
Via:   ☑ CM/ECF      ☐ 1st Class Mail      ☐ Certified Mail      ☐ e-mail:
       ☐ Other:

**William E. Craig, Esquire**
**Eisenberg Gold & Agrawal, P.C.**
**1040 Kings Highway North**
**#200**
**Cherry Hill, NJ 08034**
Relationship of Party
Via:   ☑ CM/ECF      ☐ 1st Class Mail      ☐ Certified Mail      ☐ e-mail:
       ☐ Other: