THE UNITED STATES BANKRUPTCY COURT DOES NOT REPORT ANY INFORMATION TO THE CREDIT BUREAUS AND IS NOT RESPONSIBLE FOR VERIFYING OR VALIDATING INFORMATION FROM CONSUMERS CREDIT FILES. BANKRUPTCY FILINGS ARE PUBLICLY AVAILABLE RECORDS.

ANY CONCERN REGARDING THE ACCURACY OF CONSUMER CREDIT FILES CAN BE DIRECTED TO THE CREDIT REPORTING AGENCIES. EACH CREDIT REPORTING AGENCY HAS CREDIT FILES. THE FAIR CREDIT REPORTING ACT (15 USC 1681) IS THE LAW THAT CONTROLS CREDIT REPORTING. THE ACT STATES THAT CREDIT REPORTING AGENCIES MAY NOT REPORT A BANKRUPTCY CASE MORE THAN 10 YEARS AFTER THE ORDER FOR RELIEF IS ENTERED. THIS IS USUALLY THE BANKRUPTCY FILING DATE

Ronfin Water   1.9.2026

FILED
JAN -9 2026
CLERK OF COURT
BY _____ DEP. CLERK