United States Bankruptcy Court

Eastern District of Pennsylvania

In re:
Case No. 22-11266-djb

Rufino R. Watson, Jr.
Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 04, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#             Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

**Recip ID                    Recipient Name and Address**
db                    #+  Rufino R. Watson, Jr., 6801 Lynford Street, Philadelphia, PA 19149-2117

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

**Name                    Email Address**

ANDREW M. LUBIN
                    on behalf of Creditor AmeriHome Mortgage Company LLC nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com

DAVID B. SPITOFSKY
                    on behalf of Debtor Rufino R. Watson Jr. spitofskybk@verizon.net,
                    spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com

JOHN ERIC KISHBAUGH, I
                    on behalf of Creditor M&T BANK ekishbaugh@kmllawgroup.com

KENNETH E. WEST
                    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
                    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

District/off: 0313-2                         User: admin                                    Page 2 of 2

Date Rcvd: Jun 04, 2026                      Form ID: pdf900                                Total Noticed: 1

MAGGIE S SOBOLESKI
                    on behalf of Creditor M&T BANK msoboleski@kmllawgroup.com  3532@notices.nextchapterbk.com

MARISA MYERS COHEN
                    on behalf of Creditor AmeriHome Mortgage Company  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

MATTHEW K. FISSEL
                    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
                    on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
                    mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Rufino R. Watson, Jr. | CHAPTER 13 |
| Debtor | |
| M&T Bank | |
| Moving Party | |
| vs. | NO. 22-11266 DJB |
| Rufino R. Watson, Jr. | |
| Debtor | |
| Kenneth E. West | 11 U.S.C. Section 362 |
| Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.      As of May 14, 2026, the post-petition arrearage on the mortgage held by Movant on Debtor's residence is **$3,729.56**. Post-petition funds received after May 14, 2026, will be applied per the terms of this stipulation as outlined herein. The arrearage is itemized as follows:

| | |
|---|---|
| Post-Petition Payments: | April 2026 at $1,942.93; May 2026 at $1,789.79 |
| Suspense Balance: | ($3.16) |
| **Total Post-Petition Arrears:** | **$3,729.56** |

2.      The Debtor shall cure said arrearages in the following manner:

a). Beginning with the payment due **June 2026** and continuing through **October 2026**, until the arrearages are cured, Debtor shall pay the present regular monthly mortgage payment of **$1,789.79** (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$621.60** towards the arrearages on or before the last day of each month, with a final installment payment of **$621.56** due **November 2026**, at the address below:

M&T Bank, Attn: Payment Processing
PO Box 1288, Buffalo, NY 14240-1288

b). Maintenance of current monthly mortgage payments to Movant thereafter.

3.      Should Debtor provide sufficient proof of payments made, but not credited (front & back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

4.      In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing

and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court may enter an Order granting Movant relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(4).

      5.     If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court may enter an order granting Movant relief from the automatic stay.

      6.     If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

      7.     The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

      8.     The parties agree that a facsimile signature shall be considered an original signature.

Date:   May 14, 2026                 /s/ Maggie Soboleski
                                        Maggie Soboleski, Esq.
                                        Attorney for Movant

Date:   June 2, 2026                 /s/ David B. Spitofsky
                                        David B. Spitofsky, Esq.
                                        Attorney for Debtor
                                        No Objection

Date:   June 2, 2026                 /s/ LeeAne O. Huggins
                                        Kenneth E. West
                                        Chapter 13 Trustee

Approved by the Court this _____ day of _____, 2026.  However, the Court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Derek J. Baker

**June 3, 2026**